IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRIAN RILEY, Individually and on Behalf of a Class of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC.,<br><br>Defendant. | CV-24-84-BU-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing Ian J. McLoughlin, Esq. and Amber Schubert, Esq to appear *pro hac vice* in this case with John Heenan, Esq., designated as local counsel. (Docs. 12 and 13.) The applications of Mr. McLoughlin and Ms. Schubert appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Plaintiff's motions to allow Mr. McLoughlin and Ms. Schubert to appear before this Court (Docs. 12 and 13) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. McLoughlin and Ms. Schubert must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. McLoughlin and Ms. Schubert, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 29th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court